# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00338-CV

**In re Eric Flores**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Eric Flores, an inmate, has filed a pro se petition for writ of mandamus, asking this Court to compel an unspecified Travis County District Court to appoint a medical expert in an administrative proceeding that Flores has filed with the Texas Medical Board. The proceeding involves a claim by Flores that certain autopsy procedures conducted by the El Paso County Medical Examiner's Office are illegal.

Mandamus is an extraordinary remedy that issues only to correct a clear abuse of discretion or violation of a duty imposed by law when no other adequate remedy at law is available. *See Walker v. Packer*, 827 S.W.2d 833, 839 (Tex. 1992); *Johnson v. Fourth Court of Appeals*, 700 S.W.2d 916, 917-18 (Tex. 1985); *State v. Walker*, 679 S.W.2d 484, 485 (Tex. 1984). The relator has the burden to provide the Court with a record sufficient to establish his right to mandamus relief. *See Walker*, 827 S.W.2d at 837. Flores has failed to demonstrate that he is entitled to the extraordinary relief sought. *See id*. at 837-44. Accordingly, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Bob Pemberton, Justice

Before Justices Puryear, Pemberton and Rose

Filed:   June 7, 2013